## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joshua Burgos-Soto, employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, having been duly sworn, do hereby depose and state as follows:

### AGENT BACKGOUND

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosive (ATF) and have been so employed since August of 2019. I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy in Glynco, GA. Prior to my employment with ATF, I was an Assistant Compliance Officer in the Bank Secrecy Act (BSA)/Anti-Money Laundering (AML) division with an international financial institution named Activo International Bank. Prior to my employment at Activo International Bank, I held the same title with a publicly traded financial institution named Popular Community Bank for a combined approximate time of five (5) years with both employments. I conducted financial crime investigations related to money laundering, terrorist finance, as well as economic and trade sanctions violations in order to adhere regulatory enforcement from United States Department of the Treasury agencies such as The Financial Crimes Enforcement Network (FinCEN) and from the Office of Foreign Assets Control (OFAC). I have a Bachelor's degree in Criminal Justice from the University of Puerto Rico and a Master's degree in Business Administration from University of Phoenix.

2. In addition, I have had conversations and worked alongside other experienced local, state and federal law enforcement officers, as well as state and federal prosecuting attorneys concerning violations of firearms and narcotics laws.

1

3. Through training, investigations and experience, I have taken part in cases relating to the trafficking of firearms, the use and possession of firearms by persons prohibited by law, and the possession of illegal firearms.

4. The information set forth herein is based on my personal knowledge, information obtained through interviews, information provided to me by other law enforcement officers and through other various forms of information. This affidavit is offered for the limited purpose of establishing probable cause that Edgar CANTRES-SANJURJO ("CANTRES-SANJURJO") violated 18 U.S.C. §§ 922(g)(1) Knowing Possession of a firearm by a prohibited person and 21 U.S.C. §§ 841(b)(1)(C) Possession with intent to distribute a mixture of substance containing a detectable amount of cocaine .

5. Therefore, I have not recited every fact known to me as a result of this investigation.

6. I am familiar with the information contained in this Affidavit, either through personal investigation or through discussions with other law enforcement officers who obtained information through investigation and surveillance, which they in turn reported to me.

## FACTS THAT ESTABLISH PROBABLE CAUSE

7. PRPB agents initiated a surveillance at street Mexico in La Dolores, Rio Grande, Puerto Rico on February 27, 2024. According to the agent conducting the surveillance, he observed an individual with the use of binoculars selling narcotics in front of a residence.

8. According to PRPB agent, he observed a hand-to-hand transaction in which the individual later identified as Edgar CANTRES-SANJURJO received what the agent described as "cash" from an individual who arrived in a vehicle. CANTRES-SANJURJO after receiving the cash, walked inside of the residence, walked out and handed the person in the vehicle what PRPB agent suspected were baggies containing suspected cocaine.

9. The individual later observed a second hand to hand transaction in which CANTRES-SANJURJO received what the agent described as "cash" from an individual who arrived on a bicycle and CANTRES-SANJURJO proceeded to walked inside of the residence. When CANTRES-SANJURJO came out of the residence, PRPB agent described CANTRES-SANJURJO walked across the road to a vehicle described as a gold-colored Mazda with license plate ETT-188. As per PRPB agent, CANTRES-SANJURJO opened the vehicle and took out a bag with multiple baggies of what PRPB agent suspected were baggies containing suspected cocaine. CANTRES-SANJURJO took out some baggies of suspected cocaine and handed them to the individual on the bicycle who took off.
10. On February 28, 2024, PRPB agent was granted a state search warrant for the vehicle and the residence related to the surveillance.
11. On February 29, 2024, at approximately 5:00am PRPB (Puerto Rico Police Bureau) agents executed a State search warrant on a residence located at street Mexico, 329, La Dolores, Rio Grande, Puerto Rico.
12. According to PRPB agents the only person inside of the residence during the execution of this search warrant was CANTRES-SANJURJO. From the inside of the dwelling PRPB agent seized the following under a mattress in a room inside the dwelling:

    a. M&P Smith and Wesson, Caliber .40, Serial Number: HWW975 (loaded with thirteen rounds of caliber .40 ammunition)
    b. One (1) high-capacity magazine containing thirty (30) rounds of caliber .40 ammunition.
    c. One (1) high-capacity magazine containing twenty-nine (29) rounds of caliber .40 ammunition.
    d. Drug paraphernalia

13. At approximately 6:00am, PRPB agents executed state search warrant for the vehicle described as gold-colored Mazda with license plate ETT-188. This was vehicle across the street from CANTRES-SANJURJO'S residence. PRPB agents had observed CANTRES-SANJURJO retrieve from the vehicle bags containing multiple baggies of suspected cocaine which he sold to an individual during the surveillance that led to the aforementioned search warrant. After conducting the search PRPB agents found the following:
    a. Three hundred and forty (340) baggies containing suspected cocaine.
14. PRPB agent field test of the narcotics resulted positive for cocaine.
15. CANTRES-SANJURJO was arrested and read his Miranda rights according to PRPB agents. PRPB agents contacted ATF and requested their assistance with this investigation.
16. On February 29, 2024, ATF interviewed CANTRES-SANJURJO. Prior to reading CANTRES-SANJURJO his Miranda rights, CANTRES-SANJURJO stated without prompting that the firearm found under a mattress in his residence was not his and he did not know it was there. CANTRES-SANJURJO also stated he goes by the name of "Pito Morci". ATF agent read CANTRES-SANJURJO his Miranda rights and CANTRES-SANJURJO stated he was willing to speak to ATF agents with his lawyer present.
17. ATF personnel contacted CANTRES-SANJURJO lawyer who arrived at the Fajardo narcotics unit precinct where CANTRES-SANJURJO was. With CANTRES-SANJURJO lawyer present, he expressed to ATF agents the firearm found in his residence was not his.
18. Further investigation and records checks confirmed that Edgar CANTRES-SANJURJO was previously convicted of a felony punishable by more than one year of imprisonment.
19. In addition no firearms or ammunition of the make found in CANTRES-SANJURJO are manufactured in Puerto Rico so they must have travelled in the interstate and foreign commerce

20. Based on the above facts, I have probable cause to believe that Edgar CANTRES-SANJURJO has violated federal firearm and controlled substance laws. Specifically violated 18 U.S.C. §§ 922(g)(1) Knowing Possession of a firearm by a prohibited person and 21 U.S.C. §§ 841(b)(1)(C) Possession with intent to distribute a mixture of substance containing a detectable amount of cocaine .

Respectfully submitted,

Joshua Burgos Soto
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn by telephone pursuant to the requirements of Fed. R. Crim. P. 4.1 at 12:09 p.m. on March 1, 2024.

HON. MARCOS E. LÓPEZ
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF PUERTO RICO